UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AUDRA K. STAFFORD,

    Plaintiff,

v.

KEY MECHANICAL CO. OF WASHINGTON,

    Defendant.

CASE NO. C21-5063 BHS-MLP

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Plaintiff's motion for remand, Dkt. 13, is **GRANTED in part** as to Plaintiff's wage-based claims for travel time and overtime and **DENIED in part** as to Plaintiff's rest and meal beak claims;

(3) Plaintiff's rest and meal break claims, as identified in her second and third cause of actions, are **DISMISSED with prejudice**;

(4) Plaintiff's request for attorney's fees is **DENIED**; and

(5) The Clerk shall remand this action to Pierce County Superior Court for adjudication of Plaintiff's remaining wage-based claims and close this case.

Dated this 1st day of June, 2021.

BENJAMIN H. SETTLE
United States District Judge